**00–1997.   State v. Hayden.**
Montgomery App. No. 18103.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1998.   Davis v. State Farm Mut. Auto. Ins. Co.**
Franklin App. No. 99AP–194. Discretionary appeal allowed and cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; and *Stickney v. State Farm Mut. Auto. Ins. Co.,* Richland App. No. 98CA7; briefing schedule stayed.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**00–2126.   State v. Weideman.**
Portage App. No. 98–P–0109. Discretionary appeal allowed and cause consolidated with 00–1869, *State v. Weideman,* Portage App. No. 98–P–0109.